THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie S. Merriweather Appellant.
 
 
 

Appeal From Edgefield County
 Jackson V. Gregory, Circuit Court Judge
Unpublished Opinion No. 2008-UP-035
Submitted January 1, 2008  Filed January 11, 2008 

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zalenka, all of Columbia; and Solicitor Donald V. Myers,  of Lexington,  for
 Respondent.
 
 
 

PER
 CURIAM:  Willie S. Merriweather appeals his guilty plea to
 second-degree burglary and sentence of nine years imprisonment.  Merriweather
 argues his guilty plea was conditional, and thus, invalid.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Merriweathers appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
ANDERSON, SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.